**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Elijah SILVER, Defendant—Appellant.**

No. 09–6968.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 29, 2009.

Decided: Oct. 8, 2009.

Elijah Silver, Appellant Pro Se. George Edward Bell Holding, United States Attorney, Anne Margaret Hayes, Michael Gordon James, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elijah Silver appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Silver*, No. 4:06–cr–00057–D–1 (E.D.N.C. May 15, 2009). We deny Silver's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*